OFFICE OF DISCIPLINARY COUNSEL *v.* FELMAN.

[Cite as *Disciplinary Counsel v. Felman* (1995), 72 Ohio St.3d 483.]

(No. 95–393—Submitted April 4, 1995—Decided July 12, 1995.)

484

*Geoffrey Stern*, Disciplinary Counsel, and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator.

*Stewart I. Mandel*, for respondent.

---

*Per Curiam.* We concur in the board's findings that respondent violated the cited Disciplinary Rules and with its recommendation. We, therefore, order that respondent be suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.